# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

KENYA ROSHAY GREEN,                )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )    Case No. CV414-184
                                   )
                                   )
OFFICER MATTHEW WILHOITE,           )
UNIT MANAGER WOODS, and             )
UNKNOWN OFFICERS 1-4,               )
                                   )
     Defendants.                   )

## REPORT AND RECOMMENDATION

Kenya Roshay Green filed this 42 U.S.C. § 1983 case against various defendants alleging that they violated his constitutional rights during a criminal investigation that culminated in his arrest. (Doc. 1.) The Court granted him leave to proceed *in forma pauperis* on the condition he return two forms. (Doc. 5.) On September 11, 2014, the Court received a letter from the Screven County Sheriff's Office explaining that Green is no longer in the Screven County Jail and they have no idea where he has gone, though he is "possibly in Florida." (Doc. 6 at 1.) Per Local Rule 11.1, it was Green's continuing duty to keep the Court apprised of his

current address. Without that information, the Court cannot move this case forward or even communicate with plaintiff.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). As the Clerk has no valid address for the plaintiff (who has evidently lost interest in his case), he is excused from any further attempts to serve the plaintiff.

**SO REPORTED AND RECOMMENDED** this _15th_ day of September, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**