IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENYA ROSHAY GREEN,            )
                               )
     Plaintiff,                )
                               )
v.                             )   CASE NO. CV414-184
                               )
OFFICER MATTHEW WILHOITE, UNIT )
MANAGER WOODS, and UNKNOWN     )
OFFICERS 1-4,                  )
                               )
     Defendants.               )
_____)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of October 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA